# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

**In re:**

| | |
|---|---|
| **STEVEN LARNEL MCKENZIE,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 21-15863** |

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Cenlar FSB, and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: ____/s/ Daniel Pesachowitz_____
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
Luke A. McQueen, Esquire, Bar No. 18960
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel: (301) 804-3400
Fax:(301) 838-1954
lmcqueen@siwpc.com

CERTIFICATE OF SERVICE

I certify that on September 22, 2021, the foregoing Notice was served via CM/ECF on Rebecca A. Herr, Trustee, and , Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Steven Larnel McKenzie, Debtor, 505 Nova Avenue, Capitol Heights, MD 20743.

_____/s/ Daniel Pesachowitz_____
Daniel J Pesachowitz, Esquire
Samuel I. White, P. C.

File No. 79029