IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Steven Larnel McKenzie<br><br>Debtor(s) | Chapter 13<br>Case No. 21-15863 |

## LINE WITHDRAWING
## PRINCE GEORGE'S COUNTY, MARYLAND'S
## PROOF OF CLAIM FILED 9/23/2021 IN THE AMOUNT OF $718.83
## FOR FISCAL YEAR 2022 REAL PROPERTY TAXES
## ASSIGNED TAX ACCOUNT NO. 18 2038404 00

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 9/23/2021 in the amount of $718.83 for Fiscal Year 2022 Real Property Taxes assigned Tax Account No. 18 2038404 00 filed herein.

                MEYERS, RODBELL & ROSENBAUM, P.A.

                By: /s/Nicole C. Kenworthy
                    Nicole C. Kenworthy
                    6801 Kenilworth Avenue, Suite 400
                    Riverdale, Maryland 20737-1385
                    301-699-5800
                    Attorneys for Prince George's County, Maryland

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Rebecca A. Herr, Esquire
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401-

Matthew Eliot Abbott, Esquire
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465-N
Rockville, MD 20850-
mabbott@wolawgroup.com

                /s/Nicole C. Kenworthy
                Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net