# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–15863 – MCR**   Chapter: **13**

**Steven Larnel McKenzie**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 12/9/21.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 12/9/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joseph Chandler
410–962–4425

Form ntcdsm